```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
  United States of America         :   UNSEALING ORDER
                                   :
           - v. -                  :   22 Cr. 648 (JGK)
                                   :
  Erick Jason Victoria-Brito,      :
  Rene Victoria Rodriguez,         :
  Ashly Camacho Soto,              :
  Paul Antonio Liz,                :
  Luis Furniel Vasquez, and        :
  Abel Rodriguez Toribio,          :
                                   :
                                   :
                  Defendants.      :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Thomas Burnett;

It is ORDERED that the Indictment in the above-captioned case, labeled 22 Cr. 648, shall be unsealed.

SO ORDERED

Dated:  New York, New York
        March 28, 2023

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE