```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

- against -

ERICK JASON VICTORIA-BRITO, LUIS
FURNIEL VASQUEZ,

           Defendants.

22-cr-648 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The next conference is scheduled for **May 27, 2025**, at **4:30 p.m.**

Because a continuance is needed to assure the effective assistance of counsel, to allow the Government to make discovery, and to permit defense counsel to review such discovery, the Court prospectively excludes the time from today, **March 25, 2025**, until **May 27, 2025**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:   New York, New York
           March 25, 2025

                                                  John G. Koeltl
                                        United States District Judge