

— LAW OFFICES OF —
## JACQUELINE E. CISTARO

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 · E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

May 27, 2025

*Via ECF and ELECTRONIC MAIL*

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application denied. I usually have outgoing counsel appear when counsel is changed. So ordered.
> /s/ John G. Koeltl U.S.D.J.
> 5/27/25

Re: *United States v. Erik Victoria-Brito*, 22 Cr. 648 (JGK)

Your Honor:

On January 29, 2025, I was appointed to represent Erik Victoria-Brito in the above-referenced matter and pursuant to the Criminal Justice Act (CJA). On March 25, 2025, the Court scheduled a multi-defendant status conference for May 27, 2025. *See* Dkt. 142.

On March 26, 2025, Mr. Victoria-Brito retained private counsel, Sara Shulevitz and Mindy Meyer, who filed a Notice of Appearance in this matter. *See* Dkt. 144. I write to respectfully request that I be excused from appearing at today's status conference as Mr. Victoria-Brito is represented by retained counsel.

Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc :   All Counsel