UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -

ERICK JASON VICTORIA-BRITO and LUIS FURNIEL VASQUEZ,

       Defendant.

22-cr-648-3 (JGK)
22-cr-648-5 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the Court sets the following schedule for trial. The defendants must file any motions by **November 21, 2025**. The Government's response will be due **January 9, 2026**. The defendants' reply to the Government's response shall be filed by **January 16, 2026**. A hearing on the defendants' motions shall be held on **January 29, 2026, at 11:00 a.m.** The Government's Rule 404(b) disclosures shall be filed by **February 13, 2026**. Requests to charge, proposed voir dire and motions in limine shall be filed by **February 27, 2026**. Any responses or objections shall be filed by **March 6, 2026**. A final pre-trial conference shall be held on **March 24, 2026, at 2:30 p.m.** Trial is scheduled for **March 31, 2026, at 9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            September 16, 2025

                                                John G. Koeltl
                                           United States District Judge