UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                               22 cr 648-03 (JGK)

ERIK JASON VICTORIA BRITO,
                          Defendant.
------------------------------------------------------------X

       It is hereby ordered that Cory Garcia, Esq., is appointed as counsel for the above-named

defendant, replacing Jacqueline Cistaro and Sara Shulevitz, Esqs.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      December 4, 2025