UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Plaintiffs,


           -against-                                          22 cr 648-03 (JGK)


ERICK JASON VICTORIA-BRITO
                              Defendant.
-------------------------------------------------------------------X

The conference scheduled for Thursday, January 22, 2026, at 11:30am, is **adjourned to**

**4:30pm, the same day.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           January 14, 2026.