UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -

ERICK JASON VICTORIA-BRITO,

              Defendant.

22-cr-648-3 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As stated at the conference held January 22, 2026, Mr. Brito's sentencing is scheduled for **April 23, 2026, at 3:00 p.m.** The defendant's sentencing submissions are due **April 9, 2026.** The Government's sentencing submissions are due **April 15, 2026.**

SO ORDERED.

Dated:    **New York, New York**
        **January 30, 2026**

                        **John G. Koeltl**
                  **United States District Judge**

1