Case 1:22-cr-00648-JGK Document 185 Filed 07/10/26 Page 1 of 1

CG Law office of Cory Garcia, P.C.

245 MAIN STREET, SUITE 420
WHITE PLAINS, NY 10601
corygarcia911@gmail.com

P 917.270. 0894
O 914. 705. 3745
corygarcialaw.com

Application granted
July 9, 2026

Sentence adjourned to September 14, 2026 at 2:00 P.M.
Defense submission due August 27, 2026.
Government submission due September 3, 2026
SO ORDERED
J G Koeltl
U.S.D.J.
7/10/26

VIA E-MAIL
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Eric Jason Victoria-Brito, 22 Cr. 648 (JGK)**

Dear Judge Koeltl,

I represent the defendant, Erick Jason Victoria-Brito, in the above referenced matter. Sentencing is scheduled for Monday, July 27, 2026. I write to respectfully request a thirty (30) day adjournment. I am waiting for documentation from Mr. Victoria-Brito's family that I hope to include in the sentencing submission. As such, I respectfully request the Court to adjourn the sentencing to a date convenient to the Court during the first week of September 2026. The government consents to the adjournment request.

The Court's time and attention to this request is greatly appreciated.

Respectfully submitted,

Cory Garcia
Cory Garcia